```
         UNITED STATES
        BANKRUPTCY COURT
         DISTRICT OF VERMONT
          RUTLAND DIVISION

        #  43657       -  NW
        *  *  C O P Y  *  *
          March 02, 2010
            10:10:48


         UNCLAIMED FUNDS
            03-10771
    Debtor.: NORMAN J. REED
    Amount.:            $14.70 CH
    Check#.: 185686


         UNCLAIMED FUNDS
            03-11035
    Debtor.: KENNETH D. DAVIS, III
    Amount.:            $53.42 CH
    Check#.: 185686


         UNCLAIMED FUNDS
            04-11074
    Debtor.: PRISCILLA WILLIAMS
    Amount.:           $182.79 CH
    Check#.: 185686


         Total->   $250.91


    FROM: JAN M. SENSENICH, TRUSTEE
          2456 CHRISTIAN ST STE 3
          WHITE RIVER JUNCTION VT 05001
```

CHAPTER 13 TRUSTEE • JAN M. SENSENICH • P.O. BOX 1326 • NORWICH, VT 05055

| DEBTOR AND ACCOUNT NUMBER | | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|---|
| 00-03-10771 NORMAN J. & MADINE J REED | | 14.70 | 0.00 | -14.70 |
| Otter Creek | UNCLAIMED FUNDS | | Claim #012 | |
| 00-03-11035 KENNETH D. & LYNNETTE L. DAVIS | | 53.42 | 0.00 | -53.42 |
| CITIGROUP SALES AND FINANCING | UNCLAIMED FUNDS | | Claim #018 | |
| 00-04-11074 PRISCILLA WILLIAMS | | 182.79 | 0.00 | -182.79 |
| | UNCLAIMED FUNDS | | Claim #006 | |
| Totals: | | 250.91 | 0.00 | |

① OTTER CREEK FAMILY HEATH
c/o Dr. FJELD
294 WHEELER Rd,
BRANDON, VT 05733

② CITIGROUP SALES & FINANCING
P.O. BOX 24330
OKLAHOMA CITY, OK 73124

③ PRISCILLA WILLIAMS
191 FINEL HOLLOW ROAD
POULTNEY, VT 05764